**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 22-2061**

————————

NATIONWIDE GENERAL INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY,

　　　　　　Plaintiffs - Appellees,

　　　v.

BRIAN A. STAPLES,

　　　　　　Defendant - Appellant,

　　　and

NORMAN C. STEVENS,

　　　　　　Defendant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:21-cv-00401-AWA-RJK)

————————

Submitted:  May 18, 2023　　　　　　　　　　Decided:  May 22, 2023

————————

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

**ON BRIEF:** Brian N. Casey, CLARKE, DOLPH, HULL & BRUNICK, PLC, Virginia Beach, Virginia, for Appellant.　Shawn A. Voyles, MCKENRY, DANCIGERS,

DAWSON, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Staples seeks to appeal the district court's order granting Nationwide General Insurance Company's motion for judgment on the pleadings and declaring that Nationwide General had no coverage obligations to Staples in a state court proceeding. However, the court's order also declined to grant judgment on the pleadings for a second plaintiff insurance company, and the case remains pending in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Staples seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*